ROUTH CRABTREE OLSEN, PS
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
BRETT P. RYAN, ESQUIRE, #200563
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705
714-277-4937 / Fax (714) 277-4899
RCO# 7233.30482
Attorney for Secured Creditor
JPMorgan Chase Bank, N.A.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                      No. 10-43050
Papaoalii Velega, Jr. and Lisa Velega FKA Lisa
Vibat                                                       Chapter 13

                        Debtors.                            REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, JPMorgan Chase Bank, N.A. requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Jonathan J Damen
Routh Crabtree Olsen, PS
505 N. Tustin Ave., Suite 243
Santa Ana, CA 92705
PH (714) 277-4937

Dated: 6/14/10                                  Routh Crabtree Olsen, PS

                                                By:  /s/Jonathan J Damen
                                                     Attorneys for Secured Creditor

1

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 505 N. Tustin Ave., Suite 243, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail as follows:

ATTORNEY FOR DEBTOR:
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612

CHAPTER 13 TRUSTEE:
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540-5004

I declare under penalty of pejury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2010 at Santa Ana, California.

/s/ Ajit Narasimhan

2