```
PATRICK L. FORTE #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```


Entered on Docket
December 24, 2014
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes
the order of the court. Signed December 23, 2014

Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No. 10-43050 CN

**PAPAOALII VELEGA, JR. and MELISSA VELEGA,**  Chapter 13

　　　　Debtors.  <u>ORDER MODIFYING CHAPTER 13 PLAN</u>
_____/

The above named debtors having served a Motion to Modify Chapter 13 Plan on November 26, 2014, and any opposition, if received, having been resolved and good cause appearing therefor;

**IT IS ORDERED** that debtors' Chapter 13 Plan be modified as follows:

Commencing November 2014 debtors will pay $120.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

' No physical service required'